Date: 03/17/10                                                                                                                                      Page: 1

### DIVIDENDS REMITTED TO THE COURT

Check Number 1013 Dated 03/17/10
Case Number 08-40305 - REYNOLDS, NICOLE MARIE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| CHASE BANK USA NA<br>CREDITORS BKY SERVICE<br>PO BOX 740933<br>DALLAS TX 75374 | 000008 | 243.07 | 4.51 |
| ---------- Remittance Total --------------- | | 243.07 | 4.51 |

*[signature]*

TIMOTHY D. MORATZKA, Trustee

COURT1                                                                                    Printed: 03/17/10 09:32 AM    Ver: 15.06b